UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAM WUCO,<br><br>    Plaintiff,<br><br>    v.<br><br>JANE DOE, et al.,<br><br>    Defendants. | Case No.  1:23-cv-00587-EPG (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF NO. 14) |

On August 31, 2023, Plaintiff David William Wuco filed a notice stating as follows: "After being informed by the courts, I have decided that case 1:23-cv-00587-EPG should be dismissed and I wish to dismiss the case." (ECF No. 14). The Court construes this as a notice of voluntary dismissal (ECF No. 14), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not filed an answer or motion for summary judgment. In light of Plaintiff's notice of voluntary dismissal, this case has ended. Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

  Dated:  **September 4, 2023**                    /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1